# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE KEA W. RIGGS

| | | | | |
|---|---|---|---|---|
| **CR No:** | 25-117 KWR | **USA vs.** | LEVEQUE | |
| **Date:** | 12/3/25 | **Defendant:** | TYLER MILES LEVEQUE | |
| **Time In/Out:** | 8:59am-9:54am | **Total Time in Court:** | 55 minutes | |
| **Clerk:** | C. Bevel | **Court Recording:** | A. Lynch | |
| **AUSA:** | Sarah Mease | **Defendant's Counsel:** | Peter Eicker | |
| **Courtroom:** | ABQ/Bonito | **Probation:** | Robert Sanchez | |
| **Interpreter:** | n/a | **Interpreter Sworn?** | ☐ Choose an item. | |
| **Convicted on:** | Plea | **As to:** Indictment | **Counts:** | 1 |
| **Guilty Plea:** | Accepted | **Plea Agreement:** | Accepted | |
| **Date of Plea/Verdict:** 9/3/2025 | **PSR:** Not Disputed | ☒ Courts adopts PSR Findings | **Evidentiary Hrg:** | Not Needed |
| **Exceptions to PSR:** | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| **IMPRISONMENT (BOP):** | 324 days or time served whichever is less |
| ☐ 500-Hour Drug Program | ☐ BOP sex-offender treatment program   Other: |
| **SUPERVISED RELEASE:** 3 years | ☒ Mandatory/Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. 46 | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the special conditions listed. |

### MONETARY PENALTIES / FORFEITURES

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fine: $** | -0- | **Restitution: $** | None ordered | **SPA: $** | 100.00 | Due Immediately |
| **Forfeit rights title & interest to:** | | | | | | |

### OTHER

| | | | |
|---|---|---|---|
| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Held in Custody |
| ☐ | Recommended place(s) of incarceration: | | |
| ☐ | Dismissed Counts: | | |

### PROCEEDINGS

Court has reviewed pleadings, including 3 objections to PSR. Court notes and Mr. Eicker agrees Objection 1 has been resolved. Court will address 2 remaining objections: 2-level increase applied in paragraph 23 of the presentence report pursuant to USSG §2A6.1(b)(2)(A) for more than two threats and the 6-level "official victim" increase applied in paragraph 24 of the presentence report pursuant to USSG §3A1.2(b). AUSA Mease addresses objections. Mr. Eicker responds. Court rules: Finds government has met the burden, overrules objection and 2-level enhancement will be applied are referenced in paragraph 23. Court finds that the government has bet the burden, overrules objection and 6 level enhancement will be applied. Resulting OL 15, CH I with guideline range of 18-24 months. Mr. Eicker addresses Court with sentencing arguments, requests sentence of time served. Court grants small downward variance.